No. 72–535. UNITED STATES ET AL. *v.* STUDENTS CHALLENGING REGULATORY AGENCY PROCEDURES (SCRAP) ET AL.; and
No. 72–562. ABERDEEN & ROCKFISH RAILROAD CO. ET AL. *v.* STUDENTS CHALLENGING REGULATORY AGENCY PROCEDURES (SCRAP) ET AL. Appeals from D. C. D. C. Motion of appellee SCRAP for leave to dispense with printing motion to dismiss or affirm granted. Probable jurisdiction noted. Cases consolidated and one hour allotted for oral argument. Motion

of Aberdeen & Rockfish Railroad Co. et al. to advance cases granted. MR. JUSTICE POWELL took no part in the consideration or decision of the motions and the jurisdictional statements. Reported below: 346 F. Supp. 189.